Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421 West Linn, OR 97068
503-621-6633
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KIMBERLY LINENKO,

    Plaintiff,

v.

COMMISSIONER,
of Social Security Administration,

    Defendant.

Case No. 6:25-cv-01360-AR

ORDER - EAJA

It is hereby ORDERED that Defendant shall pay Plaintiff an attorney fee, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $1,266.45; Plaintiff prevailed and the parties stipulated to the EAJA motion and the fee requested thereby. It is further ORDERED that, if there is no offsetable debt under Astrue v. Ratliff, 560 U.S. 586 (2010), Defendant shall pay the fee directly to Plaintiff's attorney, by check made payable to Bruce Brewer, and shall send the check to Plaintiff's attorney at his business address: PO Box 421, West Linn, OR 97068. If offsetable debt exists pursuant to Ratliff, then it is ORDERED that the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

It is so ORDERED this 3rd day of June, 2026.

_____
The Honorable Jeff Armistead
United States Magistrate Judge

1-ORDER (EAJA)